**FILED** ECO 386-online 10/03

JAN - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

PUBLIC CITIZEN, INC.                )
                                    )
                                    )
                                    )
                         Plaintiff  )          Civil A:   Case: 1:08-cv-00005
              vs                    )                     Assigned To : Kennedy, Henry H.
                                    )                     Assign. Date : 1/3/2008
FOOD AND DRUG                       )                     Description: Admn. Agency Review
ADMINISTRATION                      )
                                    )
                         Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Public Citizen, Inc.                    certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Public Citizen, Inc.                    which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

486293
BAR IDENTIFICATION NO.

Michael T. Kirkpatrick
Print Name

1600 20th Street, NW
Address

Washington, DC  20009
City            State          Zip Code

202-588-1000
Phone Number