UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00005 (HHK) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

The Clerk will please enter the appearance of **Lauren E. Hash,** Attorney, United States Department of Justice, as counsel for the defendant in the above-entitled case.

Respectfully submitted,

_____/s/_____
LAUREN E. HASH
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
(202) 353-1991

## **CERTIFICATE OF SERVICE**

  I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

 Michael T. Kirkpatrick
 Public Citizen Litigation Group
 1600 20th Street NW
 Washington, D.C.  20009
 *Counsel for Plaintiff Public Citizen*

this 23rd day of January, 2008.

                _____/s/_____
                Lauren E. Hash