IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOOD & DRUG ADMINISTRATION, <br><br> Defendant. | Docket No.:  1:08-cv-00005-HHK |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**30-DAY EXTENSION OF TIME TO ANSWER**

Defendant, the United States Food and Drug Administration ("FDA"), hereby moves for a 30 day extension of time to respond to the Complaint filed by Public Citizen, Inc. on January 3, 2008.

The parties have been working to resolve this dispute amicably and an extension may obviate the need for further litigation of this matter.

If the proposed extension is granted, and if the parties cannot resolve this matter within 30 days, FDA will file its Answer on or before April 2, 2008.

FDA has conferred with Public Citizen about this motion and Public Citizen has indicated that it does not object to the proposed extension.

Date: February 27, 2008            By:   /s/ Lauren E. Hash
                                                    Lauren E. Hash
                                                    Trial Attorney
                                                    Office of Consumer Litigation
                                                    U.S. Department of Justice
                                                    P.O. Box 386
                                                    Washington, DC  20044
                                                    Telephone: (202) 353-1991
                                                    Facsimile: (202) 514-8742
                                                    Lauren.Hash@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following CM/ECF registrant:

>Michael T. Kirkpatrick
>Public Citizen Litigation Group
>1600 20th Street NW
>Washington, DC 20009
>202-588-1000

By: /s/ Lauren E. Hash

LAUREN E. HASH
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Telephone: (202) 353-1991
Facsimile: (202) 514-8742
Lauren.Hash@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN, INC.,

    Plaintiff,

v.

FOOD & DRUG ADMINISTRATION,

    Defendant.

Docket No.: 1:08-cv-00005-HHK

**ORDER**

Good cause having been shown, it is hereby ORDERED that the Defendant U.S. Food & Drug Administration's time to file its Answer to the Complaint in this matter is extended 30 days, until April 2, 2008.

Date:

_____
United States District Court Judge
Judge Henry H. Kennedy