UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN, INC.**<br><br>            **Plaintiff,**<br><br>        **v.**<br><br>**FOOD AND DRUG ADMINISTRATION,**<br><br>            **Defendant.** | Civil Action 08-00005(HHK) |

**ORDER**

It is this 2nd day of April 2008, hereby

**ORDERED** that on or before May 1, 2008, the parties shall file a joint case management report, which report shall include a proposed scheduling order. If the parties cannot agree on a proposed schedule, they shall file separate proposed scheduling orders.

Henry H. Kennedy, Jr.
United States District Judge
