UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 08-00005(HHK) |
| | ) |
| FOOD AND DRUG ADMINISTRATION, | ) |
| | ) |
|        Defendant. | ) |
| _____ | ) |

**JOINT CASE MANAGEMENT REPORT**

Pursuant to the Court's order of April 2, 2008, the parties have conferred and submit this joint case management report with attached proposed scheduling order.

**1.  Nature and Basis of the Claims**

Plaintiff Public Citizen brought this case under the Food, Drug, and Cosmetic Act (FDCA), 21 U.S.C. §§ 301-394, and the Administrative Procedure Act (APA), 5 U.S.C. §§ 702 and 706, to compel defendant United States Food and Drug Administration (FDA) to act on Public Citizen's August 29, 2006 Citizen Petition (CP) seeking increased warnings about the risk of tendon injury associated with fluoroquinolone antibiotics.  The CP urges FDA to add a black-box warning regarding the risks of tendinopathy and tendon rupture to the product labels of all fluoroquinolone antibiotics on the market in the United States, mandate a "Dear Doctor" letter to warn physicians of these adverse effects, and require the distribution of an FDA-approved Medication Guide to be dispensed when prescriptions are filled.  FDA admits that it has neither granted nor denied the CP. The primary issue in this case is whether FDA's failure to act on Public Citizen's petition violates the APA.

**2.     Potential for a Prompt Resolution of the Case**

The parties have conferred and are reasonably optimistic that the case might be resolved without the need for further litigation. The parties' proposed schedule for filing cross dispositive motions is intended to provide the parties an opportunity to resolve the matter before they expend additional resources briefing the issue in dispute.

**3.     Discovery Plan**

The parties do not anticipate the need for discovery or Rule 26 disclosures. There do not appear to be any disputed issues of material fact and the case can be resolved as a matter of law on cross motions for summary judgment.

**4.     Proposed Briefing Schedule**

The parties seek entry of the attached proposed scheduling order establishing the following deadlines for the parties to file cross motions for summary judgment:

Plaintiff's motion for summary judgment due by June 10, 2008;

Defendant's opposition to plaintiff's motion due by July 25, 2008;

Defendant's cross-motion for summary judgment due by July 25, 2008;

Plaintiff's opposition to defendant's motion due by August 8, 2008;

Plaintiff's reply in support of its motion for summary judgment due by August 8, 2008; and

Defendant's reply in support of its cross motion for summary judgment due by August 22, 2008.

Respectfully submitted,

| | |
|---|---|
|  /s/ Michael T. Kirkpatrick  |  /s/ Lauren E. Hash  |
| Michael T. Kirkpatrick (DC Bar No. 486293) | Lauren E. Hash |
| Public Citizen Litigation Group | Trial Attorney |
| 1600 20th Street NW | Office of Consumer Litigation |
| Washington, DC  20009 | U.S. Department of Justice |
| 202-588-1000 | P.O. Box 386 |
| 202-588-7795 (fax) | Washington, DC 20044 |
| mkirkpatrick@citizen.org | Telephone: (202) 353-1991 |
| | Facsimile: (202) 514-8742 |
| Attorney for Plaintiff Public Citizen | Lauren.Hash@usdoj.gov |
| | |
| | Attorney for Defendant FDA |

Dated: April 30, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 08-00005(HHK) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**[PROPOSED] SCHEDULING ORDER**

This matter having come before the Court on the parties' joint case management report, and it appearing that entry of the parties' proposed scheduling order would be in the interest of justice, it is hereby ORDERED that the following deadlines are established for the parties to file cross motions for summary judgment:

Plaintiff's motion for summary judgment due by June 10, 2008;

Defendant's opposition to plaintiff's motion due by July 25, 2008;

Defendant's cross-motion for summary judgment due by July 25, 2008;

Plaintiff's opposition to defendant's motion due by August 8, 2008;

Plaintiff's reply in support of its motion for summary judgment due by August 8, 2008; and

Defendant's reply in support of its cross motion for summary judgment due by August 22, 2008.

SO ORDERED on this ____ day of _____, 2008.

_____
HENRY H. KENNEDY
United States District Judge