UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PUBLIC CITIZEN, INC.,                )
                                     )
            Plaintiff,               )
                                     )
v.                                   )   C. A. No. 08-00005(HHK)
                                     )
FOOD AND DRUG ADMINISTRATION,        )
                                     )
            Defendant.               )
_____)

## SCHEDULING ORDER

This matter having come before the Court on the parties' joint case management report, and it appearing that entry of the parties' proposed scheduling order would be in the interest of justice, it is hereby ORDERED that the following deadlines are established for the parties to file cross motions for summary judgment:

Plaintiff's motion for summary judgment due by June 10, 2008;

Defendant's opposition to plaintiff's motion due by July 25, 2008;

Defendant's cross-motion for summary judgment due by July 25, 2008;

Plaintiff's opposition to defendant's motion due by August 8, 2008;

Plaintiff's reply in support of its motion for summary judgment due by August 8, 2008; and

Defendant's reply in support of its cross motion for summary judgment due by August 22, 2008.

SO ORDERED on this 30th day of April, 2008.

Henry Kennedy Jr.
HENRY H. KENNEDY
United States District Judge