**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 08-00005(HHK) |
| ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Public Citizen brought this case alleging that defendant United States Food and Drug Administration (FDA) had unreasonably delayed action on Public Citizen's August 29, 2006 citizen petition seeking increased warnings about the risk of tendon injury associated with fluoroquinolone antibiotics. On July 24, 2008, FDA issued a decision on Public Citizen's petition. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action, each party to bear its own costs and attorney fees.

Respectfully submitted,

 /s/ Michael T. Kirkpatrick  
Michael T. Kirkpatrick (DC Bar No. 486293)  
Public Citizen Litigation Group  
1600 20th Street NW  
Washington, DC  20009  
202-588-1000  
202-588-7795 (fax)  
mkirkpatrick@citizen.org  

Attorney for Plaintiff Public Citizen  

 /s/ Lauren E. Hash  
Lauren E. Hash  
Drake Cutini  
Trial Attorneys  
Office of Consumer Litigation  
U.S. Department of Justice  
P.O. Box 386  
Washington, DC 20044  
Telephone: (202) 353-1991  
Facsimile: (202) 514-8742  
Lauren.Hash@usdoj.gov  

Attorneys for Defendant FDA  

Dated: July 25, 2008